UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSHAD WOOD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>　　　　　Defendants. | No.  2:21–cv–1572–TLN–KJN PS<br><br>ORDER TO SHOW CAUSE<br><br>(ECF No. 3) |

　　　　On September 10, 2021, the court granted plaintiff's motion to proceed in forma pauperis, and the Clerk of Court served plaintiff by mail with the court's IFP order, the summons, and a USM-285 form. (ECF Nos. 3, 4; Docket Text Entry Sept. 10, 2021.) The court's September 10th order directed plaintiff, within 30 days of the order, to submit several sets of documents to the United States Marshal in order to assist the Marshal in effecting service on plaintiff's behalf. (ECF No. 3 at 3.) The order further instructed plaintiff to file a statement indicating that the documents had been submitted, within 10 days of their submission. (Id.) Upon receipt of the documents, the Marshal was then to seek waivers of service from all defendants, or to personally serve all defendants. (Id. at 3-4.)

　　　　It is now more than 40 days since the court's September 10th order, but plaintiff has not filed a statement that the required documents were submitted to the United States Marshal. Furthermore, no defendant has yet appeared in the action. This suggests that plaintiff failed to

1

submit the process documents to the United States Marshal in compliance with the court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days of this order, plaintiff shall either:

    a. Submit the required documents to the U.S. Marshal <u>and file a statement with the court confirming their submission</u>; or

    b. If plaintiff concludes he does not wish to pursue the action at this juncture, he may instead file a notice of voluntary dismissal of the action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i);

2. Failure to respond to this order to show cause by the required deadline may result in a recommendation to dismiss the action for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b); and

3. The Clerk of Court is instructed to re-send plaintiff a copy of the court's September 10, 2021 order (ECF No. 3), along with this order.

Dated: November 1, 2021

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wood.1572

2