**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendants COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF'S DEPARTMENT; BRET BABBITT; BOZIDAR VUKANCIC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSHAD WOOD, | Case No. 2:21-cv-01572-TLN-KJN |
| Plaintiff, | **JOINT STIPULATION REGARDING RESPONSE TO COMPLAINT; ORDER** |
| v. | |
| COUNTY OF STANISLAUS; STANISLAUS COUNTY SHERIFF'S DEPARTMENT; BRET BABBITT; VUKANCIC BOZIDAR; AND DOES 1 to 50, | Complaint Filed: 09/01/2021 |
| Defendants. | |

The parties hereby submit the following stipulation regarding Defendants' response to the complaint: Plaintiff has filed a motion for leave to amend the complaint, the outcome of which may render the current operative complaint moot. The parties agree judicial economy would be served to allow the motion for leave to amend be adjudicated before Defendants need respond to the complaint, particularly if leave is granted.

///

///

///

Respectfully submitted,

Dated:  May 17, 2023  ANTHONY RUBIO LAW

By  /s/ Anthony Rubio (auth'd on 5/16/2023)
    Anthony Rubio
    Attorney for Plaintiff

Dated:  May 17, 2023  PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/ John R. Whitefleet
    John R. Whitefleet
    Attorney for Defendants

## **ORDER**

Good cause appearing, Defendants are hereby relieved of responding to the operative complaint, pending the outcome of Plaintiff's motion for leave to amend.

IT IS SO ORDERED.

Dated: 5/17/2023

_____
Troy L. Nunley
United States District Judge